IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICHARD MOLES,

        Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

        Defendant.

No. CV 08-6054-ST

OPINION AND ORDER

**MOSMAN, J.**,

On June 2, 2009, Magistrate Judge Stewart issued Findings and Recommendation ("F&R") (#42) in the above-captioned case recommending that I DENY defendant's Motion for Summary Judgment (#6). No objections to the F&R were filed.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a *de novo* determination of those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are

addressed.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any of the magistrate judge's F&R.  28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Stewart's recommendation, and I ADOPT the F&R (#42) as my own opinion.

IT IS SO ORDERED.

DATED this   8th    day of July, 2009.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court